petition.

No. 87–499.   CHRISTIANSON ET AL. *v.* COLT INDUSTRIES OPERATING CORP.   C. A. Fed. Cir.   Certiorari granted limited to Question 1 presented by the petition.   In addition to this question, the parties are directed to brief and argue the following question: "Did the United States Court of Appeals for the Federal Circuit have jurisdiction of the appeal from the District Court judgment entered on July 19, 1985?"

No. 86–431.   BEVLES CO., INC. *v.* TEAMSTERS LOCAL 986. C. A. 9th Cir.   Certiorari denied.

No. 86–1380.   ARKANSAS PUBLIC SERVICE COMMISSION ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; No. 86–1424.   ARKANSAS POWER & LIGHT CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and No. 87–469.   REYNOLDS METALS CO. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 86–7032.   WASHINGTON *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir.   Certiorari denied.

No. 87–131.   SIERRA CLUB *v.* SHELL OIL CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 87–312.   DUNCAN *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 87–425.   LONGIOTTI ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 87–632.   CALLAHAN ET VIR *v.* SOUTH CENTRAL BELL TELEPHONE CO.   C. A. 5th Cir.   Certiorari denied.